1  BENJAMIN B. WAGNER
   United States Attorney
2  OWEN J.M. ROTH
   Assistant United States Attorney
3  501 I Street, Suite 10-100
   Sacramento, CA  95814
4  Telephone:  (916) 554-2700
   Facsimile:   (916) 554-2900
5

6  Attorneys for Plaintiff
   United States of America
7

8                   IN THE UNITED STATES DISTRICT COURT

9                    EASTERN DISTRICT OF CALIFORNIA

10

11  UNITED STATES OF AMERICA,              CASE NO. 2:16-MJ-44

12                        Plaintiff,       STIPULATION AND
                                           [PROPOSED] PROTECTIVE ORDER
13            v.

14  WILLIAM R. STANLEY, JR,

15                        Defendant.

16

17

18        WHEREAS, the Government desires to prevent the unauthorized disclosure or dissemination of

19  certain sensitive but unclassified discovery materials to anyone not a party to the court proceedings in

20  this matter, or to defendant William R. Stanley, Jr. ("Stanley" or "Defendant") in this case, as provided

    below;

21        WHEREAS, the sensitive but unclassified discovery materials at issue include information

22  pertaining to alleged victims or potential victims in this case, including personal identifying information

23  such as names, dates of birth, Social Security numbers, and phone numbers; and information that the

24  Government represents are access devices such as credit card and debit card numbers;

25        WHEREAS, a stipulated protective order would enable the Government to produce or make

26  available the discovery materials at issue without publicly disclosing information of alleged victims or

27  potential victims, or information it represents are access devices;

28

                                           1

WHEREAS, the parties agree that entry of a stipulated protective order is appropriate and that a private agreement is not appropriate in light of the sensitive nature of the information at issue and the potential charges in this case; and

WHEREAS, the Defendant has counsel ("Defense Counsel") who wishes to have the opportunity to review the discovery;

THEREFORE, Defendant Stanley and Plaintiff United States of America, by and through their counsel of record, hereby agree and stipulate as follows:

1.      This Court may enter protective orders pursuant to Rule 16(d) of the Federal Rules of Criminal Procedure and Local Rule 141.1.

2.      This Order pertains to all discovery provided or made available to Defense Counsel that is identified as sensitive and subject to a protective order in this case (hereinafter, "Protected Discovery").

3.      Defense Counsel shall not disclose any of the Protected Discovery to any person other than their respective client, or attorneys, law clerks, paralegals, secretaries, experts, and investigators, involved in the representation of their respective client.  At no time shall Defendant be permitted to review the Protected Discovery outside of the presence of Defense Counsel or Defense Counsel's partners, associates, or employees as designated by Defense Counsel, and Defense Counsel or his/her designees shall not leave any of the Protected Discovery with Defendant at any location.  Defendant may not under any circumstances be given control over any of the Protected Discovery.

4.      The Protected Discovery and information therein may only be used in connection with the litigation of this case and for no other purpose.  The Protected Discovery is now and will forever remain the property of the United States Government.  Defense Counsel will return the discovery to the Government or certify that it has been destroyed at the conclusion of the case, to include any appeal, and/or collateral attack, except that Defense Counsel may retain one copy of the discovery under seal in their files along with a copy of this Protective Order at the conclusion of the case.  Defense Counsel shall retain its copy of the Protected Discovery in a manner consistent with this stipulation and order.

5.      Defense Counsel will store the discovery in a secure place, such as Defense Counsel's private office, and will use reasonable care to ensure that it is not disclosed to third persons or their

respective client in violation of this agreement.  Any Protected Discovery produced by the Government will be encrypted, and Defense Counsel will maintain the encryption and keep the Protected Discovery password-protected with the password provided by the Government.

6.      If Defense Counsel releases custody of any of the discovery, or authorized copies thereof, to any person described in paragraph (3), Defense Counsel shall provide such recipients with copies of this Order and advise that person that the Protected Discovery is the property of the United States Government, that the Protected Discovery and information therein may only be used in connection with the litigation of this case and for no other purpose, and that an unauthorized use or disclosure of the Protected Discovery may constitute a violation of law and/or contempt of court.  Defense Counsel will not release custody of any of the discovery, or authorized copies thereof, to any person described in Paragraph 3 unless such person agrees to comply with this stipulation and order.

7.      In the event that Defendant obtains substitute counsel, undersigned Defense Counsel agrees not to disclose or permit the disclosure of any Protected Discovery to successor counsel absent a court order that a) Defense Counsel be relieved, b) successor counsel be appointed, and c) all discovery be turned over to successor counsel.

///
///
///
///
///
///
///
///
///
///
///
///
///

1       8.      Defense Counsel shall be responsible for advising their client, employees, and other

2  members of the defense team of the contents of this Stipulation/Order.

3      IT IS SO STIPULATED.

4  Dated:  March 11, 2016                   Respectfully submitted,

5                                 BENJAMIN B. WAGNER
                                  United States Attorney

6

7                    By:    /s/  Owen J.M. Roth
                                  Owen J.M. Roth
                                  Assistant U.S. Attorney

8

9                    By:    /s/ Sean Riordian
                                  Sean Riordan

10                                 Counsel for William R. Stanley, Jr.

11

12                          **<u>ORDER</u>**

13      IT IS SO FOUND AND ORDERED.

14  DATED:  March 11, 2016.

15

16                    EDMUND F. BRENNAN
                    UNITED STATES MAGISTRATE JUDGE