BENJAMIN B. WAGNER
United States Attorney
OWEN J.M. ROTH
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile:  (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                            Plaintiff,<br><br>             v.<br><br>WILLIAM R. STANLEY, JR.,<br><br>                            Defendant. | CASE NO.  2:16-MJ-44<br><br>FINDINGS AND ORDER EXTENDING TIME FOR PRELIMINARY HEARING PURSUANT TO RULE 5.1(d) AND EXCLUDING TIME<br><br>DATE: April 4, 2016<br>TIME: 2:00 p.m.<br>COURT: Hon. Kendall J. Newman |

The Court has read and considered the Stipulation for Extension of Time for Preliminary Hearing Pursuant to Rule 5.1(d) and Exclusion of Time, filed by the parties in this matter on March 25, 2016. The Court hereby finds that the Stipulation, which this Court incorporates by reference into this Order, demonstrates good cause for an extension of time for the preliminary hearing date pursuant to Rule 5.1(d) of the Federal Rules of Criminal Procedure.

Furthermore, for the reasons set forth in the parties' stipulation, the Court finds that the interests of justice served by granting this continuance outweigh the best interests of the public and Defendant in a speedy trial.  18 U.S.C. § 3161(h)(7)(A).  The Court further finds that the extension of time would not adversely affect the public interest in the prompt disposition of criminal cases.

THEREFORE, FOR GOOD CAUSE SHOWN:

1.      The date of the preliminary hearing is extended to April 25, 2016, at 2:00 p.m.

[PROPOSED] FINDINGS AND ORDER            1

2.    The time between April 4, 2016, and April 25, 2016, shall be excluded from calculation pursuant to 18 U.S.C. § 3161(h)(7)(A).

3.    Defendant shall appear at that date and time before the Magistrate Judge on duty.

IT IS SO ORDERED.

Dated:  March 25, 2016

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

[Proposed] Findings and Order

2