PHILLIP A. TALBERT
Acting United States Attorney
OWEN ROTH
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                    Plaintiff,<br><br>         v.<br><br>WILLIAM R. STANLEY, JR.,<br><br>                    Defendant. | CASE NO. 2:16-CR-00093 MCE<br><br>[~~PROPOSED~~] ORDER SEALING DOCUMENTS AS SET FORTH IN NOTICE OF REQUEST |

Pursuant to Local Rule 141(b) and based upon the representations contained in the Request to Seal, IT IS HEREBY ORDERED that the Government's Opposition to Defendant's Motion for Release on Bail Pursuant to 18 U.S.C. § 3142 and Attachment A, pertaining to defendant William R. Stanley, Jr., and the Request to Seal, shall be SEALED until further order of this Court.

It is further ordered that access to the sealed documents shall be limited to the Government and counsel for Defendant.

The Court has considered the factors set forth in <u>Oregonian Publishing Co. v. U.S. District Court for the District of Oregon</u>, 920 F.2d 1462 (9th Cir. 1990). The Court finds that, for the reasons stated in the request, sealing the aforementioned documents serves a compelling interest. The Court further finds that, in the absence of closure, the compelling interests identified by the Government would be harmed. The Court further finds that there are no additional alternatives to sealing the Government's motion that would

1 adequately protect the compelling interests identified by the parties.

2 DATED: June 9, 2016

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE

[PROPOSED] ORDER SEALING DOCUMENTS AS SET FORTH IN GOVERNMENT'S NOTICE

2