HEATHER E. WILLIAMS, #122664
Federal Defender
SEAN RIORDAN, #255752
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, CA  95814
Tel: 916-498-5700/Fax: 916-498-5710
sean_riordan@fd.org

Attorney for Defendant
WILLIAM STANLEY

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | Case No.  2:16-cr-093 MCE |
|---|---|---|
| Plaintiff, | ) ) | STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE, AND TO EXCLUDE TIME |
| vs. | ) | |
| WILLIAM STANLEY, | ) ) | Date:  June 16 Time: 10:00 a.m. |
| Defendant. | ) ) | Judge: Hon. Morrison C. England, Jr. |

IT IS HEREBY STIPULATED by and between Phillip A. Talbert, Acting U.S. Attorney, through Owen Roth, Assistant United States Attorney, attorney for Plaintiff, Heather Williams, Federal Defender, through Assistant Federal Defender Sean Riordan, attorney for William Stanley, that the status conference scheduled for June 16, 2016 be vacated and continued to July 7, 2016 at 10:00 a.m.

The Government has produced approximately 1,200 bates-numbered documents and made a banker's box of documents available for review.  Defense counsel for Mr. Stanley requires additional time to review the discovery, to conduct additional investigation and legal research, and to confer with his client about how to proceed in this case.

Based upon the foregoing, the parties agree time under the Speedy Trial Act should be excluded as of June 14, 2016, the date of the parties' stipulation, through and including July 7,

2016; pursuant to 18 U.S.C. §3161 (h)(7)(A)and (B)(iv)[reasonable time to prepare] and General Order 479, Local Code T4 based upon continuity of counsel and defense preparation.

DATED: June 14, 2016                Respectfully submitted,

                                    HEATHER E. WILLIAMS
                                    Federal Defender

                                    */s/ Sean Riordan*
                                    SEAN RIORDAN
                                    Assistant Federal Defender
                                    Attorney for WILLIAM STANLEY

DATED: June 14, 2016                PHILLIP A. TALBERT
                                    Acting United States Attorney

                                    */s/ Owen Roth*
                                    OWEN ROTH
                                    Assistant U.S. Attorney
                                    Attorney for Plaintiff

Stipulation and Order to Continue Status Conference                -2-

**ORDER**

The Court, having received, read, and considered the parties' stipulation, and good cause appearing therefrom, adopts the parties' stipulation in its entirety as its order.  It specifically finds that the failure to grant a continuance in this case would deny counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence and that the ends of justice are served by granting the requested continuance and outweigh the best interests of the public and defendants in a speedy trial.

Time from the date of the parties' stipulation, June 14, 2016, up to and including July 7, 2016, is hereby excluded from computation of time within which the trial of this case must be commenced under the Speedy Trial Act, pursuant to 18 U.S.C. § 3161(h)(7)(A) and(B)(iv) [reasonable time for counsel to prepare] and General Order 479, (Local Code T4). It is further ordered the June 16, 2016 status conference shall be continued until July 7, 2016, at 10:00 a.m.

IT IS SO ORDERED.

Dated:  June 17, 2016

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE