PHILLIP A. TALBERT
Acting United States Attorney
OWEN ROTH
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile:  (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO.  2:16-CR-00093 |
| Plaintiff, | ORDER EXCLUDING TIME UNDER LOCAL CODE T-4 AND CLARIFYING PRIOR DOCKET ENTRY |
| v. | |
| WILLIAM R. STANLEY, JR., | DATE: August 11, 2016 |
| Defendant. | TIME: 10:00 a.m. COURT: Hon. Morrison C. England, Jr. |

The Court has read and considered the Stipulation for Exclusion of Time Under Local Code T-4

and to Clarify Prior Docket Entry, filed by the parties in this matter on July 14, 2016.  The Court hereby

finds that the Stipulation, which this Court incorporates by reference into this Order, demonstrates good

cause for an exclusion of time under Local Code T-4, and for a correction of the Court's minute order at

Docket Number 27.

///

///

///

///

///

///

///

ORDER                                                    1

1  Therefore, good cause having been shown, time between August 4, 2016, and August 11, 2016, shall be

2  excluded from calculation pursuant to 18 U.S.C. § 3161(h)(7)(A) and Local Code T-4.  The minute entry

3  at Docket Number 27 shall be corrected to exclude time from June 14 to July 7, 2016, consistent with

4  the Court's order.

5        IT IS SO ORDERED.

6  Dated:  July 18, 2016

7

8  _____
   MORRISON C. ENGLAND, JR
   UNITED STATES DISTRICT JUDGE

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

ORDER                                          2