PHILLIP A. TALBERT
Acting United States Attorney
OWEN ROTH
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone:  (916) 554-2700
Facsimile:  (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                               Plaintiff,<br><br>                    v.<br><br>WILLIAM R. STANLEY, JR.,<br><br>                               Defendant. | CASE NO.  2:16-CR-00093 MCE<br><br>STIPULATION AND ORDER FOR RESTITUTION<br><br>COURT: Hon. Morrison C. England, Jr. |

The United States of America, through Owen Roth, the undersigned Assistant U.S. Attorney, and

William R. Stanley, Jr., through Sean Riordan, his counsel of record, hereby stipulate and jointly request

that pursuant to the Mandatory Victim Restitution Act, 18 U.S.C. §§ 3663A et seq., and Section II.B of

the Plea Agreement entered in this case (Dkt. No. 37), restitution be ordered payable to the following

individuals and entities in the following amounts:

| Victim | Amount |
|---|---|
| Capital One | $10,194.94 |
| U.S. Bank | $8,907.66 |
| Chase | $4,386.18 |
| Bank of America | $953.74 |
| Mohammed Abdullah | $187.35 |
| **Total** | **$24,629.87** |

///

///

1  The parties stipulate and request that the Court order restitution as noted in this order, and order

2  the matter closed.

3       IT IS SO STIPULATED.

4

5  Dated:  November 9, 2016                  PHILLIP A. TALBERT
                                              Acting United States Attorney

6

7                                                /s/ OWEN ROTH

8                                                OWEN ROTH
                                            Assistant United States Attorney

9

10  Dated:  November 9, 2016                  /s/ SEAN RIORDAN

11                                              SEAN RIORDAN
                                            Counsel for Defendant

12                                              WILLIAM R. STANLEY, JR.

13

14

15  **ORDER**

16       Having read and considered the parties' stipulation, and being fully informed, the Court adopts

17  the stipulation.  IT IS HEREBY ORDERED that Defendant William R. Stanley, Jr. shall pay restitution

18  in the amounts as set forth in the parties' stipulation.  The Clerk of the Court shall incorporate this

19  stipulation and order into the judgment accordingly.  The matter is ordered closed.

20       IT IS SO ORDERED.

21  Dated:  November 14, 2016

22

23                                                MORRISON C. ENGLAND, JR

24                                              UNITED STATES DISTRICT JUDGE

25

26

27

28