PHILLIP A. TALBERT
United States Attorney
OWEN ROTH
Assistant U. S. Attorney
501 I Street, Suite 10-100
Sacramento, CA  95814
Telephone: (916) 554-2700

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>WILLIAM R. STANLEY, JR.,<br><br>    Defendant. | 2:16-CR-00093-MCE<br><br>FINAL ORDER OF FORFEITURE |

On or about October 14, 2016, this Court entered a Preliminary Order of Forfeiture pursuant to the provisions of 18 U.S.C. § 982(a)(2)(B) and 18 U.S.C. § 1029(c)(1)(C), based upon the plea agreement entered into between plaintiff and defendant William R. Stanley, Jr. forfeiting to the United States the following property:

   a.   Apple Macbook Laptop (SN: W86142HWVJ3),
   b.   Acer Aspire One Laptop (SN: LUSGA0D066227094827614),
   c.   Hewlett-Packer Laptop (SN: 5CD54721DJ),
   d.   Acer Laptop (SN: NXM17AA00324108665B6600),
   e.   Fujitsu Hard Drive (SN: NZ0ST772M),
   f.   Toshiba Hard Drive (SN: TF4874EXV),
   g.   Samsung Galaxy S6 edge+ (IMEI: 353753070715732),
   h.   Samsung Gravity,
   i.   Motorola XT912 (FCC ID: IHDP56ME1),
   j.   LG Titan (SN: 011KPUU222430),
   k.   Nokia RM-1018 (IMEI: 355141063175957),
   l.   LG G2 (ID: ZNFD800),
   m.   iPod 30GB (SN:22650224SZ9),
   n.   iPhone 6 (IMEI: 354455060193404),
   o.   iPhone 5 (IMEI: 013881008780338),

      p.     Altec Thumb drive,
      q.     Attaché PNY Flash drive, and
      r.     Black in color Flash drive with no brand name.

Beginning on October 27, 2016, for at least 30 consecutive days, the United States published notice of the Court's Order of Forfeiture on the official internet government forfeiture site www.forfeiture.gov.  Said published notice advised all third parties of their right to petition the Court within sixty (60) days from the first day of publication of the notice for a hearing to adjudicate the validity of their alleged legal interest in the forfeited property.

The Court has been advised that no third party has filed a claim to the subject property, and the time for any person or entity to file a claim has expired.

Accordingly, it is hereby ORDERED and ADJUDGED:

1. A Final Order of Forfeiture shall be entered forfeiting to the United States all right, title, and interest in the above-listed property pursuant to 18 U.S.C. § 982(a)(2)(B) and 18 U.S.C. § 1029(c)(1)(C), including all right, title, and interest of William R. Stanley, Jr.  The above-listed property shall be disposed of according to law.

2. All right, title, and interest in the above-listed property shall vest solely in the name of the United States of America.

3. The U.S. Postal Inspection Service or the U.S. Marshals Service shall maintain custody of and control over the subject property until it is disposed of according to law.

IT IS SO ORDERED.

Dated:  January 19, 2017

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE