UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br> Plaintiff, <br> v. <br> WILLIAM R. STANLEY, JR., <br> Defendant. | No. 2:16-cr-0093 MCE <br><br> **MEMORANDUM AND ORDER** |

Presently before the Court is a letter (ECF No. 66) from Defendant seeking access to the discovery from his case. The Court referred this matter to the Office of the Federal Defender for response, and has since been advised (ECF No. 68) that all of the discovery was provided to Defendant's former counsel subject to a protective order prohibiting Defendant from being given control over that discovery, which contains highly sensitive information pertaining to his victims. Defendant's request is thus DENIED.

IT IS SO ORDERED.

Dated: January 16, 2019

MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE

1