PHILLIP A. TALBERT
United States Attorney
MICHELLE RODRIGUEZ
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, California 95814
Telephone: (916) 554-2700

Attorneys for Plaintiff
United States of America

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>WILLIAM STANLEY, JR.,<br><br>Defendant. | CASE NO. 2:16-CR-00093-TLN<br><br>ORDER GRANTING RESPONDENT'S MOTION FOR EXTENSION OF TIME |

On March 16, 2022, the United States requested an extension of time to April 19, 2022, to file its response to the Defendant's *pro se* motion for compassionate release. Docket No. 94.

IT IS HEREBY ORDERED that the Government's request for an extension is granted. The response is now due April 19, 2022.

Dated: March 17, 2022

_____
Troy L. Nunley
United States District Judge