| | |
|---|---|
| 1 | PHILLIP A. TALBERT |
| | United States Attorney |
| 2 | MICHELLE RODRIGUEZ |
| | Assistant United States Attorney |
| 3 | 2500 Tulare Street, Suite 4401 |
| | Fresno, CA 93721 |
| 4 | Telephone: (559) 497-4000 |
| | Facsimile:  (559) 497-4099 |
| 5 | |
| 6 | Attorneys for Plaintiff |
| | United States of America |
| 7 | |

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 2:16-CR-00093-TLN |
|---|---|
| Plaintiff, | STIPULATION REGARDING SCHEDULE FOR DEFENDANT'S MOTION FOR SENTENCE REDUCTION UNDER 18 U.S.C. § 3582(c)(1)(A); ORDER |
| v. | |
| WILLIAM STANLEY, | |
| Defendant. | |

**STIPULATION**

Plaintiff United States of America (the "government"), by and through its counsel of record, and the defendant, by and through his counsel of record, hereby stipulate as follows:

1. The defendant filed an emergency motion for immediate release on October 6, 2022. ECF 103. On October 7, 2022 the Court ordered the Government to respond on or before October 12, 2022. ECF 104.

2. Counsel for the government requests additional time to obtain relevant records from the Bureau of Prisons and draft the government's response to the defendant's motion. The defendant does not oppose the government's request.

3. Accordingly, by this stipulation, the parties jointly request that the Court set the briefing schedule on the defendant's motion as follows:

   a) The government's response to the defendant's motion to be filed on or before

STIPULATION RE BRIEFING SCHEDULE                              1

October 21, 2022;

      b)    The defendant's reply to the government's response to be filed on or before October 28, 2022.

IT IS SO STIPULATED.

| | |
|---|---|
| Dated:  October 12, 2022 | PHILLIP A. TALBERT<br>United States Attorney<br><br>/s/ MICHELLE RODRIGUEZ<br>MICHELLE RODRIGUEZ<br>Assistant United States Attorney |
| Dated: October 12, 2022 | HEATHER E. WILLIAMS<br>Federal Defender<br><br>/s/ Ann C. M<sup>c</sup>Clintock<br>ANN C. M<sup>c</sup>CLINTOCK<br>Assistant Federal Defender<br>Attorney for Defendant<br>WILLIAM STANLEY |

**ORDER**

Based upon the stipulation and representations of the parties, the Court adopts the following as a revised briefing schedule regarding the defendant's motion for sentence reduction:

    a)    The government's response to the defendant's motion, (ECF 103), is now due on or before October 21, 2022;

    b)    The defendant's reply to the government's response, if any, is due on October 28, 2022.

IT IS SO FOUND AND ORDERED this 12th day of October, 2022.

_____
THE HONORABLE TROY L. NUNLEY
UNITED STATES DISTRICT JUDGE