PHILLIP A. TALBERT
United States Attorney
MICHELLE RODRIGUEZ
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 2:16-CR-00093-TLN |
|---|---|
| Plaintiff, | STIPULATION REGARDING SCHEDULE FOR DEFENDANT'S MOTION FOR IMMEDIATE RELEASE UNDER 28 U.S.C. § 2241[1]; ORDER |
| v. | |
| WILLIAM STANLEY, | |
| Defendant. | |

**STIPULATION**

Plaintiff United States of America (the "government"), by and through its counsel of record, and the defendant, by and through his counsel of record, hereby stipulate as follows:

1. The defendant filed an emergency motion for immediate release on October 6, 2022. ECF 103. On October 7, 2022 the Court ordered the Government to respond on or before October 12, 2022. ECF 104.

2. Counsel for the government requests additional time to obtain relevant records from the Bureau of Prisons and draft the government's response to the defendant's motion. The defendant does not oppose the government's request.

3. Accordingly, by this stipulation, the parties jointly request that the Court set the briefing schedule on the defendant's motion as follows:

    a) The government's response to the defendant's motion to be filed on or before

---
[1] William Stanley was released from BOP custody on October 18, 2022.

STIPULATION RE BRIEFING SCHEDULE                        1

November 21, 2022;

  b) The defendant's optional reply to the government's response to be filed on or before November 28, 2022.

IT IS SO STIPULATED.

Dated:  October 21, 2022    PHILLIP A. TALBERT
              United States Attorney

              /s/ MICHELLE RODRIGUEZ
              MICHELLE RODRIGUEZ
              Assistant United States Attorney

Dated: October 21, 2022    HEATHER E. WILLIAMS
              Federal Defender

              /s/ Ann C. M<sup>c</sup>Clintock
              ANN C. M<sup>c</sup>CLINTOCK
              Assistant Federal Defender
              Attorney for Defendant
              WILLIAM STANLEY

## ORDER

Based upon the stipulation and representations of the parties, the Court adopts the following as a revised briefing schedule regarding the defendant's motion for sentence reduction:

  a) The government's response to the defendant's motion, (ECF 103), is now due on or before November 21, 2022;

  b) The defendant's reply to the government's response, if any, is due on November 28, 2022.

IT IS SO FOUND AND ORDERED this 21st day of October, 2022.

              Troy L. Nunley
              United States District Judge